IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THI OF NEW MEXICO AT LAS CRUCES,
LLC d/b/a Las Cruces Nursing Center,

       Plaintiff,

v.                                                                                                    No. CIV 10-0364 JB/KBM

STEVE FOX, individually, and ZIA TRUST,
INC., as Personal Representative of the Estate
of Elaine Fox, deceased,

       Defendant.

## FINAL JUDGMENT

       **THIS MATTER** comes before the Court on Plaintiff THI of New Mexico at Las Cruces, LLC's Motion to Compel Arbitration, filed April 15, 2010 (Doc. 2). In a Memorandum Opinion and Order filed concurrently with this judgment, the Court denied the motion to compel, abstained from exercising federal jurisdiction, and dismissed without prejudice the Complaint to Compel Arbitration, filed April 15, 2010 (Doc. 1). The Court now enters final judgment in this matter.

       **IT IS ORDERED** that final judgment is entered and the Complaint to Compel Arbitration is dismissed without prejudice.

                                                                                         _____
                                                                                           UNITED STATES DISTRICT JUDGE

*Counsel*:

John A. Bannerman
Bannerman & Johnson, P.A.
Albuquerque, New Mexico

       *Attorneys for the Plaintiff*

Dusti D. Harvey
Feliz A. Rael
Harvey Law Firm, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendants*